**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7678**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LARRY ARNOLD YOUNG,

                                        Defendant - Appellant.

_____

**No. 98-7679**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LARRY ARNOLD YOUNG,

                                        Defendant - Appellant.

_____

**No. 98-7746**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LARRY ARNOLD YOUNG,

                                        Defendant - Appellant.

_____

**No. 99-6035**
_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LARRY ARNOLD YOUNG,

                                        Defendant - Appellant.

_____

Appeals from the United States District Court for the Southern District of West Virginia, at Bluefield.  Elizabeth V. Hallanan, Senior District Judge.  (CR-88-112)

_____

Submitted:  March 11, 1999              Decided:  March 18, 1999

_____

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry Arnold Young, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Arnold Young appeals the district court's order denying his motion for reduction of sentence, motion for reconsideration, and motion for appointment of counsel and motion for leave to proceed in forma pauperis (IFP). We have reviewed the record and the district court's opinion and find no reversible error. We note also that Young was not entitled to relief under the version of Fed. R. Crim. P. 35 which was applicable to offenses committed prior to November 1, 1987. Accordingly, we affirm on the reasoning of the district court. See United States v. Young, No. CR-88-112 (S.D.W. Va. Sept. 25, Oct. 29, Nov. 12, & Dec. 16, 1998). We deny Young's renewed motion for appointment of counsel and motion for leave to proceed IFP. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3